Opinion issued July 3, 2002

 

 

 





In The

Court of Appeals

For The

First District of Texas






NO. 01-02-00434-CV






ANGELA ARCHIELD, Appellant


V.


PARK LANE II L.P. D/B/A TEXAS PARKLANE II L.P PARTNERSHIP AND
TARANTINO PROPERTIES, INC.






On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2001-09598






O P I N I O N

 The parties have filed an agreement settling all claims signed by the attorneys
representing all the parties. See Tex. R. App. P. 42.1(a)(1).

 To dispose of the appeal in accordance with the parties' agreement, the trial
court judgment, dated February 27, 2002, is reversed and the case is remanded to
the trial court for the entry of a Take Nothing Judgment. See id.; Tex. R. App. P.
43.2.(d).

PER CURIAM

Panel consists of Justice Mirabal and Alcala.

Do not publish. Tex. R. App. P. 47.